# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**French Creek Marina, LLC**

   vs.

**One 20th Century Trotman Anchor**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   7:03-CV-1449

     **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **DECISION BY COURT.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE TO FURTHER PROCEEDINGS IN STATE COURT.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S MEMORANDUM, DECISION AND ORDER FILED ON JULY 21, 2005, IN THE LEAD CASE 7:03-CV-1410.

Dated:   September 13, 2005

*[signature]*
Clerk of Court

s/S. Potter
By:   Deputy Clerk